UNITED STATES DSTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRENE DELIA,            Case No. 2:07-cv-13652
                               Hon. Patrick J. Duggan
           Plaintiff,        Magistrate Judge Paul J. Komives

vs.

CHASE NATIONAL BANK, NA,

           Defendant.
_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

           At a session of the Court held in
           Detroit, Michigan on June 30, 2008.

           PRESENT:  HONORABLE PATRICK J. DUGGAN
                                 United States District Judge

The parties have stipulated to entry of this order, the Court is fully advised, and orders as follows:

Plaintiff's claims are dismissed with prejudice and without costs.

                                                     s/PATRICK J. DUGGAN
                                                     United States District Judge

## STIPULATION

We stipulate to entry of the foregoing order.

                                                     WALTON & DONNELLY, P.C.

| | |
|---|---|
| s/with the consent of Marty J. Haddad | By:  s/Jonathan T. Walton, Jr. |
| Marty J. Haddad (P57333) | Jonathan T. Walton, Jr. (P32969) |
| 901 Huron Avenue, Maccabee Bldg. | 535 Griswold, Ste. 1550 |
| Port Huron, MI 48060 | Detroit, MI 48226 |
| Attorney for Plaintiff | Attorneys for Chase National Bank, NA |
| | |
| Dated:  June 27, 2008 | Dated:  June 27, 2008 |